| | |
|---|---|
| 1 | MAYER BROWN LLP |
| | LEE H. RUBIN (SBN 141331) |
| 2 | SHIRISH GUPTA (SBN 205584) |
| | Two Palo Alto Square, Suite 300 |
| 3 | Palo Alto, CA  94306 |
| | Telephone: (650) 331-2000 |
| 4 | Facsimile:  (650) 331-2060 |
| | lrubin@mayerbrown.com |
| 5 | sgupta@mayerbrown.com |
| 6 | Attorneys for Defendant |
| | TD AMERITRADE, INC. |
| 7 | |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| BRAD ZIGLER, an individual, on behalf of himself, the general public and all others similarly situated, | | Case No. C 07-4903 MMC |
| | Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | | |
| TD AMERITRADE, INC., a New York Corporation and  DOES 1 through 100, | | |
| | Defendants. | |

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. C 07-4903 MMC

44041021

Pursuant to Civil Local Rule 6-1(a), Plaintiff Brad Zigler ("Plaintiff") and Defendant TD AMERITRADE Inc. ("TD AMERITRADE"), by and through their respective counsel of record, hereby stipulate that the time in which TD AMERITRADE may respond to Plaintiff's Complaint is extended to November 14, 2007.

IT IS SO STIPULATED.

Dated: October 8, 2007

Mayer Brown LLP

By: _____
Lee H. Rubin

Attorneys for Defendant TD AMERITRADE, Inc.

Dated: October 8, 2007

Parisi and Havens LLP

By: _____
David C. Parisi

Attorneys for Plaintiff Brad Zigler

1