1  MAYER BROWN LLP
   LEE H. RUBIN (SBN 141331)
2  SHIRISH GUPTA (SBN 205584)
   Two Palo Alto Square, Suite 300
3  Palo Alto, CA  94306
   Telephone: (650) 331-2000
4  Facsimile:  (650) 331-2060
   lrubin@mayerbrown.com
5  sgupta@mayerbrown.com

6  Attorneys for Defendant
   TD AMERITRADE, INC.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | BRAD ZIGLER, an individual, on behalf of    | Case No. C 07-4903 MMC
   | himself, the general public and all others  |
13 | similarly situated,                         | **STIPULATION TO EXTEND TIME TO**
   |                                             | **RESPOND TO COMPLAINT**
14 |                Plaintiff,                   |
   |                                             |
15 |        v.                                   |
   |                                             |
16 | TD AMERITRADE, INC., a New York             |
   | Corporation and DOES 1 through 100,         |
17 |                                             |
   |                Defendants.                  |
18

19

20

21

22

23

24

25

26

27

28

44042136

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. C 07-4903 MMC

Pursuant to Civil Local Rule 6-1(a), Plaintiff Brad Zigler ("Plaintiff") and Defendant TD AMERITRADE Inc. ("TD AMERITRADE"), by and through their respective counsel of record, hereby stipulate that the time in which TD AMERITRADE may respond to Plaintiff's Complaint is extended to December 14, 2007.

IT IS SO STIPULATED.

Dated: November 12, 2007              Mayer Brown LLP


                                      By: /s/ Shirish Gupta
                                          Shirish Gupta

                                      Attorneys for Defendant TD AMERITRADE, Inc.

Dated: November 12, 2007              Parisi and Havens LLP


                                      By:/s/ David C. Parisi
                                          David C. Parisi

                                      Attorneys for Plaintiff Brad Zigler

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), Shirish Gupta hereby attests that the signatory's concurrence in the filing of this document has been obtained.*