1  MAYER BROWN LLP
   LEE H. RUBIN (SBN 141331)
2  SHIRISH GUPTA (SBN 205584)
   Two Palo Alto Square, Suite 300
3  Palo Alto, CA 94306
   Telephone: (650) 331-2000
4  Facsimile: (650) 331-2060
   lrubin@mayerbrown.com
5  sgupta@mayerbrown.com

6  Attorneys for Defendant
   TD AMERITRADE, INC.
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                  **SAN FRANCISCO DIVISION**

11

12 BRAD ZIGLER, an individual, on behalf of        Case No. C 07-4903 MJJ
   himself, the general public and all others
13 similarly situated,                             **STIPULATION TO EXTEND TIME TO**
                                                   **RESPOND TO COMPLAINT**
14                 Plaintiff,

15     v.

16 TD AMERITRADE, INC., a New York
   Corporation and DOES 1 through 100,
17
                   Defendants.
18

19

20

21

22

23

24

25

26

27

28

                                          STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
                                                                    CASE NO. C 07-4903 MJJ
44042974

1  Pursuant to Civil Local Rule 6-1(a), Plaintiff Brad Zigler ("Plaintiff") and Defendant TD
2  AMERITRADE Inc. ("TD AMERITRADE"), by and through their respective counsel of record,
3  hereby stipulate that the time in which TD AMERITRADE may respond to Plaintiff's Complaint
4  is extended to January 30, 2007.
5  IT IS SO STIPULATED.

Dated: December 12, 2007            Mayer Brown LLP

                                    By: /s/ Shirish Gupta_____
                                            Shirish Gupta

                                    Attorneys for Defendant TD AMERITRADE, Inc.

Dated: December 12, 2007            Parisi and Havens LLP

                                    By:/s/ David C. Parisi_____
                                            David C. Parisi

                                    Attorneys for Plaintiff Brad Zigler

*Filer's Attestation:  Pursuant to General Order No. 45, Section X(B), Shirish Gupta hereby attests that the signatory's concurrence in the filing of this document has been obtained.*