1  MAYER BROWN LLP
   LEE H. RUBIN (SBN 141331)
2  SHIRISH GUPTA (SBN 205584)
   Two Palo Alto Square, Suite 300
3  Palo Alto, CA  94306
   Telephone: (650) 331-2000
4  Facsimile:  (650) 331-2060
   lrubin@mayerbrown.com
5  sgupta@mayerbrown.com

6  Attorneys for Defendant
   TD AMERITRADE, INC.
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                  **SAN FRANCISCO DIVISION**

11

12 | BRAD ZIGLER, an individual, on behalf of himself, the general public and all others similarly situated, | Case No. C 07-4903 MJJ |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | AND ORDER |
| TD AMERITRADE, INC., a New York Corporation and DOES 1 through 100, | |
| Defendants. | |

---

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. C 07-4903 MJJ

44042974

Pursuant to Civil Local Rule 6-1(a), Plaintiff Brad Zigler ("Plaintiff") and Defendant TD AMERITRADE Inc. ("TD AMERITRADE"), by and through their respective counsel of record, hereby stipulate that the time in which TD AMERITRADE may respond to Plaintiff's Complaint is extended to January 30, 2007.  **SEE BELOW

IT IS SO STIPULATED.

Dated: December 12, 2007          Mayer Brown LLP

By: /s/ Shirish Gupta
      Shirish Gupta

Attorneys for Defendant TD AMERITRADE, Inc.

Dated: December 12, 2007          Parisi and Havens LLP

By:/s/ David C. Parisi
      David C. Parisi

Attorneys for Plaintiff Brad Zigler

*Filer's Attestation:  Pursuant to General Order No. 45, Section X(B), Shirish Gupta hereby attests that the signatory's concurrence in the filing of this document has been obtained.*

**The Case Management Conference scheduled for January 22, 2008, is rescheduled to March 4, 2008 at 2:00 p.m.  The parties must submit a Joint Case Management Conference Statement at least 10 days prior to the scheduled conference.



IT IS SO ORDERED AS MODIFIED
Judge Martin J. Jenkins

1

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. C 07-4903 MJJ