1  David C. Parisi, Esq. (162248)
   Suzanne Havens Beckman, Esq. (188814)
2  PARISI & HAVENS LLP
   15233 Valleyheart Drive
3  Sherman Oaks, California  91403
   (818) 990-1299 (phone)
4  (818) 501-7852 (facsimile)
   dparisi@parisihavens.com
5  shavens@parisihavens.com

6  Attorneys for plaintiff Brad Zigler,
   on behalf of himself, the general public and all
7  others similarly situated

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRAD ZIGLER, an individual, on behalf of himself, the general public and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>TD AMERITRADE, INC., et al.<br><br>Defendants. | **Case No.: C-07-4903 MJJ**<br><br>**NOTICE OF APPEARANCE AND ASSOCIATION OF COUNSEL** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT plaintiff Brad Zigler here by associates Gino L. DiVito as co-counsel of record in the above entitled action.  Mr. DiVito's contact information is as follows:

Gino L. DiVito (Admission Pending)
TABET DIVITO ROTHSTEIN LLC
209 South LaSalle Street, 7th Floor
Chicago, Illinois  60604
(312) 762-9460 (phone)
(312) 762-9451 (facsimile)
gdivito@tdrlawfirm.com

1  DATED: January 14, 2008           PARISI & HAVENS LLP

4                                     By: /s/ David C. Parisi
                                      David C. Parisi
                                      Suzanne Havens Beckman
                                      Attorneys for plaintiff Brad Zigler,
                                      on behalf of himself, the general public and all
                                      others similarly situated