1  MAYER BROWN LLP
   LEE H. RUBIN (SBN 141331)
2  SHIRISH GUPTA (SBN 205584)
   Two Palo Alto Square, Suite 300
3  Palo Alto, CA  94306
   Telephone: (650) 331-2000
4  Facsimile:  (650) 331-2060
   lrubin@mayerbrown.com
5  sgupta@mayerbrown.com

6  Attorneys for Defendant
   TD AMERITRADE, INC.
7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                        **SAN FRANCISCO DIVISION**

11

12  BRAD ZIGLER, an individual, on behalf of          Case No. C 07-4903 MJJ
    himself, the general public and all others
13  similarly situated,                               **STIPULATION TO EXTEND TIME TO**
                                                      **RESPOND TO COMPLAINT**
14                  Plaintiff,

15       v.

16  TD AMERITRADE, INC., a New York
    Corporation and  DOES 1 through 100,
17
                    Defendants.
18

---

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. C 07-4903 MJJ

44044168

Pursuant to Civil Local Rule 6-1(a), Plaintiff Brad Zigler ("Plaintiff") and Defendant TD AMERITRADE Inc. ("TD AMERITRADE"), by and through their respective counsel of record, hereby stipulate that the time in which TD AMERITRADE may respond to Plaintiff's Complaint is extended to April 1, 2008.

IT IS SO STIPULATED.

Dated: January 24, 2008                    Mayer Brown LLP


                                           By: /s/ Shirish Gupta
                                                   Shirish Gupta

                                           Attorneys for Defendant TD AMERITRADE, Inc.

Dated: January 24, 2008                    Parisi and Havens LLP


                                           By:/s/ David C. Parisi
                                                   David C. Parisi

                                           Attorneys for Plaintiff Brad Zigler

*Filer's Attestation:  Pursuant to General Order No. 45, Section X(B), Shirish Gupta hereby attests that the signatory's concurrence in the filing of this document has been obtained.*

1