1  MAYER BROWN LLP
   LEE H. RUBIN (SBN 141331)
2  SHIRISH GUPTA (SBN 205584)
   Two Palo Alto Square, Suite 300
3  Palo Alto, CA  94306
   Telephone: (650) 331-2000
4  Facsimile:  (650) 331-2060
   lrubin@mayerbrown.com
5  sgupta@mayerbrown.com

6  Attorneys for Defendant
   TD AMERITRADE, INC.
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                  **SAN FRANCISCO DIVISION**

11

12 BRAD ZIGLER, an individual, on behalf of        Case No. C 07-4903 MJJ
   himself, the general public and all others
13 similarly situated,                             **STIPULATION TO EXTEND TIME TO**
                                                   **RESPOND TO COMPLAINT**
14              Plaintiff,
                                                    AND ORDER
15       v.

16 TD AMERITRADE, INC., a New York
   Corporation and  DOES 1 through 100,
17
                Defendants.
18

19

20

21

22

23

24

25

26

27

28

Pursuant to Civil Local Rule 6-1(a), Plaintiff Brad Zigler ("Plaintiff") and Defendant TD AMERITRADE Inc. ("TD AMERITRADE"), by and through their respective counsel of record, hereby stipulate that the time in which TD AMERITRADE may respond to Plaintiff's Complaint is extended to April 1, 2008.

IT IS SO STIPULATED.

Dated: January 24, 2008            Mayer Brown LLP

By: /s/ Shirish Gupta
    Shirish Gupta

Attorneys for Defendant TD AMERITRADE, Inc.

Dated: January 24, 2008            Parisi and Havens LLP

By: /s/ David C. Parisi
    David C. Parisi

Attorneys for Plaintiff Brad Zigler

*Filer's Attestation:  Pursuant to General Order No. 45, Section X(B), Shirish Gupta hereby attests that the signatory's concurrence in the filing of this document has been obtained.*



IT IS SO ORDERED
Judge Martin J. Jenkins
1/28/2008
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA