1  MAYER BROWN LLP
   LEE H. RUBIN (SBN 141331)
2  SHIRISH GUPTA (SBN 205584)
   Two Palo Alto Square, Suite 300
3  Palo Alto, CA  94306
   Telephone: (650) 331-2000
4  Facsimile:  (650) 331-2060
   lrubin@mayerbrown.com
5  sgupta@mayerbrown.com

6  Attorneys for Defendant
   TD AMERITRADE, INC.
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                  **SAN FRANCISCO DIVISION**

11

12 BRAD ZIGLER, an individual, on behalf of       Case No. C 07-4903 VRW
   himself, the general public and all others
13 similarly situated,                            **STIPULATION TO EXTEND TIME TO**
                                                  **RESPOND TO COMPLAINT**
14              Plaintiff,

15      v.

16 TD AMERITRADE, INC., a New York
   Corporation and  DOES 1 through 100,
17
                Defendants.
18

19

20

21

22

23

24

25

26

27

28

                                         STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
                                                                       CASE NO. C 07-4903 VRW
44045510

Pursuant to Civil Local Rule 6-1(a), Plaintiff Brad Zigler ("Plaintiff") and Defendant TD AMERITRADE Inc. ("TD AMERITRADE"), by and through their respective counsel of record, hereby stipulate that the time in which TD AMERITRADE may respond to Plaintiff's Complaint is extended to June 6, 2008.

IT IS SO STIPULATED.

Dated: March 21, 2008                               Mayer Brown LLP


                                                    By: /s/ Shirish Gupta_____
                                                            Shirish Gupta

                                                    Attorneys for Defendant TD AMERITRADE, Inc.

Dated: March 21, 2008                               Parisi and Havens LLP


                                                    By:/s/ David C. Parisi_____
                                                            David C. Parisi

                                                    Attorneys for Plaintiff Brad Zigler

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), Shirish Gupta hereby attests that the signatory's concurrence in the filing of this document has been obtained.*

1
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. C 07-4903 VRW