1  MAYER BROWN LLP
   LEE H. RUBIN (SBN 141331)
2  SHIRISH GUPTA (SBN 205584)
   Two Palo Alto Square, Suite 300
3  Palo Alto, CA  94306
   Telephone: (650) 331-2000
4  Facsimile:  (650) 331-2060
   lrubin@mayerbrown.com
5  sgupta@mayerbrown.com

6  Attorneys for Defendant
   TD AMERITRADE, INC.
7

8                  **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10                      **SAN FRANCISCO DIVISION**

11

12 | BRAD ZIGLER, an individual, on behalf of himself, the general public and all others similarly situated, | Case No. C 07-4903 VRW |
| --- | --- |
13 | | **STIPULATION DEFERRING SELECTION OF ADR PROCESS** |
14 | Plaintiff, | |
15 | v. | |
16 | TD AMERITRADE, INC., a New York Corporation and DOES 1 through 100, | |
17 | | |
18 | Defendants. | |

Plaintiff Brad Zigler ("Plaintiff") and Defendant TD AMERITRADE Inc. ("TD AMERITRADE"), by and through their respective counsel of record, hereby stipulate that they and the parties in the related Elvey v. TD AMERITRADE, No. C 07 2852 VRW action are currently in advanced settlement discussions.  Accordingly, the parties defer selecting an ADR process at this time.

IT IS SO STIPULATED.

Dated: March 21, 2008						Mayer Brown LLP


							By: /s/ Shirish Gupta_____
								Shirish Gupta

							Attorneys for Defendant TD AMERITRADE, Inc.

Dated: March 21, 2008						Parisi and Havens LLP


							By:/s/ David C. Parisi _____
								David C. Parisi

							Attorneys for Plaintiff Brad Zigler

*Filer's Attestation:  Pursuant to General Order No. 45, Section X(B), Shirish Gupta hereby attests that the signatory's concurrence in the filing of this document has been obtained.*

1

STIPULATION DEFERRING SELECTION OF ADR PROCESS
CASE NO. C 07-4903 VRW