IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW ELVEY, et al., | No. C 07-2852 VRW |
| Plaintiff, | |
| v. | **CLERK'S NOTICE**<br>resetting time |
| TD AMERITRADE, INC., et al., | |
| Defendant. / | |

(Plaintiff is required to serve a copy of this notice, and file proof of service with the Court, on any party not appearing on the Notice of Electronic Filing and/or the attached Certificate of Service)

    YOU ARE NOTIFIED THAT the May 29, 2008 Case Management Conference for the above case has been reset from 3:30 p.m. **to 11:00 a.m.**

Please report to courtroom no. 6, 17th floor, 450 Golden Gate Ave. San Francisco, California.

Dated: April 21, 2008

                                                            FOR THE COURT,
                                                            Richard W. Wieking, Clerk

                                                 By: *Cora Klein*
                                                 Cora Klein, Courtroom Deputy Clerk to
                                                 Chief Judge Vaughn Walker