David C. Parisi, Esq. (162248)
Suzanne Havens Beckman, Esq. (188814)
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
(818) 990-1299 (phone)
(818) 501-7852 (facsimile)
dparisi@parisihavens.com
shavens@parisihavens.com

Attorneys for plaintiff Brad Zigler,
on behalf of himself, the general public and all
others similarly situated

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRAD ZIGLER, an individual, on behalf of himself, the general public and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>TD AMERITRADE, INC., et al.<br><br>Defendants. | **Case No.: C-07-4903 VRW**<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT plaintiff Brad Zigler hereby associates KAMBEREDELSON LLC as co-counsel of record in the above entitled action.

KAMBEREDELSON LLC's contact information is as follows:

Alan Himmelfarb, Esq.
KAMBEREDELSON LLC
2757 Leonis Boulevard
Los Angeles, California 90058
(646) 964-9601 (phone)
ahimmelfarb@kamberedelson.com

1  Ethan Preston, Esq. (*pro hac vice*)
   KAMBEREDELSON LLC
2  53 West Jackson Avenue, Suite 550
3  Chicago, Illinois  60604
   (646) 964-9604 (phone)
4  epreston@kamberedelson.com

5

6  Scott A. Kamber, Esq. (*pro hac vice*)
   KAMBEREDELSON LLC
7  11 Broadway, 22nd Floor
8  New York, NY  10004
   (646) 964-9600 (phone)
9  skamber@kamberedelson.com

10

11 DATED: May 23, 2008                    PARISI & HAVENS LLP

12

13

14
                                          By: /s/ Suzanne Havens Beckman
15                                        David C. Parisi
                                          Suzanne Havens Beckman
16                                        Attorneys for plaintiff Brad Zigler,
                                          on behalf of himself, the general public and all
17                                        others similarly situated